UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY ARMSTRONG,

            Plaintiff,

      - against -

THE CITY OF NEW YORK, et al.,

           Defendants.
------------------------------------------------------------X

**ORDER**

07 Civ. 5547 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

For the reasons stated on the record at today's conference, defendants' motion to dismiss is denied. The Clerk of the Court is directed to close this motion (Document # 11).

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           February 5, 2008