


**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN D. WEBER**
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

February 13, 2008

**BY HAND**
Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, New York 10007



Re: *Anthony Armstrong v. The City of New York, et al.*,
07 Civ. 5547 (SAS)

Dear Judge Scheindlin:

    I am the Assistant Corporation Counsel assigned to represent the Defendants in the above-referenced case. On February 5, 2008, the Court issued a decision denying Defendants motion to dismiss the amended complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("FRCP"). As a result of that decision, and as per the Court's instruction, I am now writing to respectfully submit a proposed discovery schedule and respectfully request that the Court so-order the schedule as set forth below.

    In this case, Defendants anticipate that discovery will last no more than six months. Fact discovery will end on August 19, 2008. Plaintiff is entitled to request depositions in accordance with Rule 30 of the FRCP. At this time, Defendants anticipate deposing Plaintiff. All depositions will be completed by August 19, 2008. Additionally, Plaintiff is entitled to request documents from Defendants pursuant to Rule 34 of the FRCP. All parties will serve their first Requests for Production of Documents, if any, by June 19, 2008. The Court has scheduled a conference with the parties on August 26, 2008, at 4:30 P.M., at which time discovery will be completed.

    Accordingly, Defendants respectfully request that the Court "so-order" the proposed discovery schedule.

Respectfully Submitted,

Steven D. Weber (SW-7627)
Assistant Corporation Counsel

cc: Anthony Armstrong, plaintiff (BY EXPRESS MAIL)

*[Handwritten annotation: The proposed schedule is hereby so ordered. /s/ USDJ 2/14/08]*