UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANTHONY ARMSTRONG

                Plaintiff,

V.

THE CITY OF NEW YORK, NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION, NEW
YORK CITY DEPARTMENT OF CORRECTIONAL
HEALTH SERVICES, ROBERTO DEGUZMAN,

                Defendants.

------------------------------------------------------------------x

ORDER

07 CV 5547 (SAS)

      Upon the application of the Office of the Corporation Counsel for the City of New York for leave to take the deposition of plaintiff, Anthony Armstrong, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

      **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Riverview Correctional Facility transport and produce inmate Anthony Armstrong, Inmate No. 05-R-4839, from Riverview Correctional Facility, located in Ogdensburg, New York to the Sing Sing Correctional Facility, located in Ossining, New York, for the taking of his deposition on **September 9, 2008, at 10:00 A.M.**, and for so long thereafter, from day to day, as the deposition continues; and (2) that inmate Anthony Armstrong appear in such place as designated by the Superintendent or other official in charge of Sing Sing Correctional Facility so his deposition may be taken.

Dated: New York, New York
       Aug 12, 2008

                                        HONORABLE SHIRA A. SCHEINDLIN, U.S.D.J.