UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ANTHONY ARMSTRONG

                              Plaintiff,

          V.

THE CITY OF NEW YORK, ET AL.,

                              Defendants.

------------------------------------------------------------- x

~~PROPOSED~~ REVISED SCHEDULING ORDER

07 CV 5547 (SAS)

        SHIRA A. SCHEINDLIN, District Judge:

The following revised schedule is adopted:

        1) Discovery in this case is extended until September 12, 2008, for the limited purpose of deposing the plaintiff.

        2) The conference with the Court scheduled for August 26, 2008, at 4:30 p.m. is adjourned to _October 2nd, 2008, at 4pm_

**SO ORDERED**

Dated:    New York, New York
            Aug 13, 2008

                                                  SHIRA A. SCHEINDLIN
                                                  United States District Judge